**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC JOSEPH NIGHTINGALE,<br>Defendant | Case No. 25cr4613-JLS<br>25-mj-5991-BLM<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) - Felon in Possession of a Firearm; Title 18 U.S.C., Sec 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney Charges:

On or about November 3, 2025, within the Southern District of California, defendant ERIC JOSEPH NIGHTINGALE, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms and ammunition that traveled in and affected interstate commerce, to wit: a .40 caliber Glock pistol bearing serial number NNK731 and 14 rounds of .40 caliber ammunition; in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATIONS

The allegations contained above are realleged and incorporated as a part hereof for purposes of seeking forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged above of this Indictment, defendant ERIC NIGHTINGALE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. a .40 caliber Glock pistol bearing serial number NNK731; and
2. approximately 14 rounds of .40 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: November 7, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

David Kete
Assistant United States Attorney